**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No.: 3:03CV163**

| | | |
|---|---|---|
| **MILLER INDUSTRIES TOWING EQUIPMENT, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **A&A TRUCK AND AUTO CENTER, INC. d/b/a AATAC,** | ) ) ) | |
| **Defendants.** | ) ) ) | |

     **THIS MATTER IS BEFORE THE COURT** *sua sponte.* In order for the undersigned to have sufficient time to consider the pending motion for summary judgment, the trial date must be moved.

     **IT IS, THEREFORE, ORDERED** that this case is set for trial on the **May 15, 2006** term of court.

**Signed: January 4, 2006**

David C. Keesler
United States Magistrate Judge