UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:03CV163

| | |
|---|---|
| MILLER INDUSTRIES TOWING EQUIPMENT, INC., ) ) ) Plaintiff, ) ) v. ) ) A&A TRUCK AND AUTO CENTER, INC. ) d/b/a AATAC, ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion with respect to the trial date in the above-titled action. In order for the undersigned to have sufficient time to consider the pending motion for summary judgment, the trial date must be moved.

**IT IS, THEREFORE, ORDERED** that this case is continued to the **October 30, 2006** term of court.

Signed: April 5, 2006

David C. Keesler
United States Magistrate Judge