**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:03CV163**

| | | |
|---|---|---|
| **MILLER INDUSTRIES TOWING EQUIPMENT, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **ORDER** |
| **A & A TRUCK AND AUTO CENTER, INC. d/b/a AATAC, INC.,** | ) ) ) | |
| **Defendant.** | ) ) | |

THIS MATTER IS BEFORE THE COURT *sua sponte* for scheduling purposes. The trial date in the above-titled action is currently set for **February 20, 2007**. "Defendant's Second Motion for Summary Judgment" (Document No. 57) filed June 22, 2005 is pending and is now ripe for disposition.

IT IS, THEREFORE, ORDERED that the parties appear before the undersigned on **November 7, 2006** for a hearing on the merits of the pending summary judgment motion. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: October 2, 2006

David C. Keesler
United States Magistrate Judge