IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MILLER INDUSTRIES TOWING EQUIPMENT INC., <br> Plaintiff, <br> vs. <br> A & A TRUCK AND AUTO CENTER, INC. d/b/a AATAC, <br> Defendant. | Civil Action No. 3:03CV163 <br><br> **Magistrate Judge David C. Keesler** <br><br> **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

This action comes before the Court on the pleadings and proceedings of record and it has been represented to the Court that plaintiff, Miller Industries Towing Equipment Inc. ("MITE"), and defendant, A & A Truck and Auto Center, Inc. d/b/a AATAC ("AATAC"), have agreed to a compromise and settlement of all claims and counterclaims that were brought or that could have been brought by them in this Civil Action.

WHEREFORE, with the consent of MITE and AATAC through their undersigned attorneys, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

1. All claims brought by MITE against AATAC, and all claims brought by AATAC against MITE, are hereby dismissed with prejudice.

2. Each party to this Order shall bear its own costs and attorneys' fees.

STIPULATED AND AGREED TO:

| | |
|---|---|
| s/ Kurt E. Lindquist | s/ Stephen S. Ashley, Jr. |
| Kurt E. Lindquist II (N.C. State Bar #10973) | W. Thad Adams, III (N.C. Bar # 0020) |
| Nelson Mullins Riley & Scarborough | Stephen S. Ashley, Jr. (N.C. Bar # 27649) |
| Bank of America Corporate Center | ADAMS EVANS, P.A. |
| Suite 2400 | 2180 Two Wachovia Center |
| 100 North Tryon Street | 301 S. Tryon Street |
| Charlotte, NC 28202-4007 | Charlotte, NC 28282-6000 |
| Telephone: (704) 417-3110 | Telephone: (704) 375-9249 |
| Fax: (704) 417-3210 | Fax: (704) 375-0729 |
| kurt.lindquist@nelsonmullins.com | ssa@adamspat.com |

Thomas G. Scavone
Christopher J. Lee
Paul C. Gibbons
Brady J. Fulton
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Fax: (312) 236-3137

*Attorneys for A & A Truck and Auto Center Inc.*

*Attorneys for Plaintiff, Miller Industries Towing Equipment Inc.*

Dated: November 6, 2006                    Dated: November 6, 2006


ENTERED:

Signed: November 7, 2006

_____
David C. Keesler
United States Magistrate Judge